James Lynn O'Hines
(Name)
Box 3400 1040 SMU II
(Address)
Florence Az 85232
(City, State, Zip)
197067
(CDC Inmate No.)

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District of California

James Lynn O'Hines,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Ms. Maureen Pelton, Agent,
Mr. Martinez c/o,
Bivens V. Six Unknown Agents,
Dutch Schultz Productions
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0496 L POR
Civil Case No. ___
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
28 USCA § 1332 (a), 28 USCA § 1367, 42 USC § 1396 r, Bivens V. Six Unknown Agents 403 U.S. 388 (1971).

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, James Lynn O'Hines (print Plaintiff's name) a.k.a. Jackson Malloy, who presently resides at Florence Arizona (mailing address or place of confinement) S.M.U. Security-management-unit, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at South Point, Nelson Haven, to Az Dept of Corr. (institution/place where violation occurred) on (dates) 2004/2010 (Count 1), 2004/2010 (Count 2), and 2004/2010 (Count 3)



CR

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant Ms. Maureen Pelton (name) resides in Santa Barbara & San Diego. (County of residence) and is employed as a Regional Agent Supervisor (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Meeted and discussed professionally Interstate Compact Parollee Agreement issues at residences of plaintiff and privately at defendants San Diego Condominism, in re: liabilities exposures.

Defendant Mr. Martinez c/o (name) resides in Santa Barbara San Diego Maricopa (County of residence) and is employed as a Transient Correctional Officer (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Using a police computer and a T.R.-Commodore 64 Wizard Hard drive or sofe disc program w/a modem involved plaintiff in aural instigated gang fights targeting "Blonds" specifically. M.F.

Defendant Bivens V. Six Unknown Agents (name) resides in Santa Barbara San Diego Maricopa. (County of residence) and is employed as a Corcoran to Florence audio, video Tech (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Use of a tracking device with Electronic Communications ability, video camera Internet website as a State agency for television surveillence monitoring to interrogatively investigate adversely.

Defendant Dutch Schultz Productions (name) resides in Poway Calif Pomerado Rd. (County of residence) and is employed as a Program Administrator RJ Donovan (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: As Program Administrator at Private Residence w/ San Diego and Arizona Correctional Officer divulged Information of church state take over for TLC and MCS (tattoo Parlor) and (Carnival), Police Community relations.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: As a Medi-cal * Medi-caid Recipient (until 2009 Exp. Date), to not be denied as HIV – Parollee fair access.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Who?, Ms. Maureen Pelton Parole Agent Santa Barbara and San Diego Region IV (H) of California Dept of Corr. and Atascadero State Hospital with Parole and Community Services Divisions, specifically ConRep Agency an Interstate Compact Agreement treatment provider.

What?, Prison Infirmary to State Hospital to U.C.S.D to Con Rep therapist to Southpoint to Nelson Haven Board and Care Home as a physically and diagnosed mentally ill parollee exposure to medical research psychologically and physiologically that impairs healthy recovery, impedes freedom to equal access, because of HIV syndrome, admitted by defendant.

Where? (Retro-actively 24 HR. Medical Care Center St. Louis Mo.), San Diego Prison "Donovan", "Atascadero" "Southpoint Rehab Center" 222 Gina El cajon Ca. and Nelson Haven Board and Care Home Good Samaritan Hospital Phoenix Az and Maricopa County Medical Center Complex Phoenix County General * (Donovan to Corcoran as ccems, as starting point of Recidivism negatively adverse.)

When? Retrospectively; from 1982 to 1989 to 1990, Research of transfered parollee's mother; to 2004, (Atascadero) to E.P.R.O. of 2-17-10, (Arizona) 2002, 2005, 2006, 2007, 2008.

How? By communication visually and audiobally with computer surviellince distracting and disorienting plaintiff analytically in the course of safety and security in supervisory capacity.

Why? Personal discussions revealed AIDS for medical negligence.

Count 2: The following civil right has been violated: The RIGHT to be free from association that is based on racial warfare with religious motives. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Who? Mr. Martinez C/O Correctional officer as SSU squad leader at Corcoran State Prison for Region IV (4) Santa Barbara Ca + San Diego and Phoenix Az. I.G.I. T.G.U. Agent (Institutional Gang Investigator), (Tactical Gang Unit).

What? Aural manipulations; supervisory capacity implicated plaintiff unsuspectingly into tactical Gang violence as a white and Indian mixed bloods of Seminole Mother* to use as a "medium" or "go between" into various reverse racial schemes and sexual and violent and medically injurous situations for church and State ulterior motives or Insurance adjustment claims for automated crimes. Personally and conversationally expressed responsiblity professionally and individually to plaintiff publically and privately after attempts of friendly social activity without authoritative adversity due to racial motivations.

Where? Santa Barbara Ca and San Diego Ca and St. Louis Mo Ms. Ruby Galaza's Home and Sullivan Illinois, Corcoran Prison, Pleasant Valley Prison, CMC East Prison, Atascadero State Hospital to Phoenix Az and Az. Dept of Corr.

When? 1985 1997 1988-89, 1976-77 1996 1997 1998 and 2002 to 2004 to E.P.R.O. 2-17-10.*

How? Mr. Martinez and I personally met repeatedly and talked about some of the underlying motives of a racial mixing idea of dolors vs. colors. And the evolvement of an agenda occurred due lack of Bilingual skills to injure plaintiff by the means of audio video technician behavioral science in and out of custody by defendant.

Why? Illinois family history with President Lincoln as Black and White* specifically "Gray" color of private residence of plaintiff and Nashville Tn Mayor Joel Gray SR. a personal friend of plaintiff and Uncle Joe Cole Aunt Betty Cole vs. a Brown and White theory.

Count 3: The following civil right has been violated: The Right to be free from associations) of state/church supervisors based on religious sexual racial segregation for private (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) corporations as Insurance Co. ~~Law~~ Enforcement, Health Care Network. #

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Who? Underground Computer Lab operates as audio video technicians A.V.T.s audibally acknowledged, by aural comprehension w/ pre-association and familiarity. Invisable to sight for recognition as personnel of Networked Conglomeration Hostage 18 USCA § 1203, 18 USCA § 2510-2520 Electronics Communications, Organization: 18 USCA § 18 #

What? "Stalking of plaintiff by talking" at Corcoran SHU 4-A a signed contract(s) w/ S.D.P.D. % Cindy Hall and Peter Deddah and Associates for a Calif Dept. of Corr Cat X stress program and child custody for "alleged problematic associations in community w local state officers, signed in good faith to lead to aural manipulations to elicitate deliberately self incrimination.

Where? From Corcoran State Prison beginning at RJ Donavan to PVP, CMC, F.S.P. (calif state prisons) and Atascadero State Hospital from S.D.P.D and connecting computer labs at Florida and Lincoln Street, La Mesa Blvd, 222 Gina Southpoint Rehab to Phoenix Az State Capital area (Nelson Haven Board & Care Home) to 1223 Grand Ave Board & Care, Phoenix Az.

When? periodically 1997 to (1999 Oct and June specifically 1999 ... ... to 2002 to 2004 to 2008 to E.P.R.D of 2-17-10. for cont. 10 mo consecutive comm. supervision in Geographical San Diego East County Maricopa County vicinity. (At Atascadero 2002 + 2004) St. Louis Mo pre-1980's 1984 # Hospital of B'nai B'rith Negligent Supervision PI/PO/WD. #

How? By aurally communicating and distracting plaintiff, leading plaintiff into verbal agreements that "backfire and explode" into violent episodes of self defense, defense of property, others, for segregation and censorship.

Why? aural acquisitions for private to public use of property (1): I.N.S. w/ Public school Webster Groves Mo. (2) Classified info for illegal interrogation (3) Racial Religious Sexual segregation, censorship. (4) Criminal Infringements (5) Foster Care. private financial gains illegal custody of children. (6) Illegal Supervision #

Count 4. The following Civil Right has been Violated - The Right to; (as Mason - Shriner Contract at CMC East San Luis Obispo Ca. 1996-97 In the wake of the OJ Simpson after math violence, fall guy involvement, pre-post pornography affilliations) to be free from police familial over familiar associations motivated for racially religiously, sexually, dominate supervision. Dutch Reformist Church since 1965. *

Supporting Facts: Who? Capt Stringfellow, Tony Lavol, St. Johns Lutheran Church. What? Acting in a private individual capacity for private financial gains w/ "T.L.C. Tony Lavol Tattoo parlors", "M.C.S carnival", and "Dutch Scholtz Productions" In a proffessional police, peace officer capacity supported by Church of El Cajon Calif to Desert Sun Hotel In Phoenix "obstructed Public Administration to illegally incarcerate". Where? East County San Diego Calif Freedom Ranch underground T.V. surveillence Headquarters and Pomerado Rd Home address Poway. Calif to underground computer labs at Phoenix Az to the inside of Arizona State Prisons at Alhambra, Buckeye and Florence from California.

When? Up to date = Now. 2008 from release at Atascadero 2004 to EPRD of 2-17-10" (w/ prior Webster Groves Mo Jewelry Store A.D.T security Co private/public contracted 1980's Sattellite locations Belleville Illinois,): Mt View Ca. Mt. View Mo Mt. View Az.) 1996-97 Brentwood Ca., Del Mar Ca Poway *.

How? By abuse, malignancy of protocol, utilization of State Agencies Web sites Eavesdropping and Communications, Conspiracy to promote and engage in conduct constituting the commission of the offense "use of a tracking device".

Why? Discussed at Defendants Swimming pool and private residence living room Poway Calif and Jewelry store Webster Groves Mo. for: Investigatory Purposes and Mason Lodge-Shriner Temple, private Insurance Company Insurance Adjustments, Justin Lucroux, Lisa Elzy cousins Justin Joyo Restaurant Webster Groves Mo to San Diego from Los Angeles County "Christian Identity Motives" of; Tom Metzger Alpine Calif. directed at plaintiff, plaintiffs family catholics, Church & State Apartheid.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: James Lynn O'Hines
Defendants: Protestant-Jewish Correctional Officers

(b) Name of the court and docket number: Southern Calif Federal Dist. case no. # 308 cv 176.

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] pending as of: 2/4/08 Thomas J Whelan, Judge 45 day extension #.

(d) Issues raised: "Forced Fighting" Ambush San Diego to Phoenix white vs. Mexican under surveillence w/ State local officer w/ priors for Gay Hate Crimes in San Diego Co 1985.# (RJD 5-15-97# ...) ... Prison Rape Elimination Act Sexually harassing plaintiff P.R.E.A. of 2003 Law S 1435 - Privileges and Immunities Clause US Const. art IV § 2cl.1.

(e) Approximate date case was filed: 2-4-08.

(f) Approximate date of disposition: 2-5-08 to 45 day extension #.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. D.E.A. A.T.F. Issues: Begining at San Luis Obispo 602 and County Writ of Habeas Corpus filed against C/o Mike Moore and Ms. Westphal of 500 Blk of DeLaVina Santa Barbara Co. Interview's w/ Lt. Osmond-Smith at CMC to resolve by transfer out of locale area Tri-counties for over familiar associations. Missouri - Illinois + Calif and Arizona, Glendale Faith Temple Church - West Side Pentecostal church. Billy Goat Hill Tavern St. Louis Mo. (Iron Horseman Bar San Diego Co.) (Coyote Bar at Santa Barbara Co.) Fat Cats Bar in Phoenix Az; location of arrest. #

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From making any more contact in a supervisory capacity as adverse authority, allowing custody or private, personal information of family and/or business plans in future and to stay seperated for Religion, Racial, Sexual impartible feeding.

2. Damages in the sum of $ 500.00 a day

3. Punitive damages in the sum of $ 25,000.00 a month.

4. Other: opinion over statute requested to be disallowed for the full dependency on statutes due to P.A.S. violations 42 USC § 1396 r. And Hertzberg-Leslie Wit protection Act due to C.O. viewing of Doublehomocide(s).

## F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

2-21-2008
Date

James Lyn O'Hinis
Signature of Plaintiff

§ 1983 SD Form
(Rev. 4/06)

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ___ Prose ___

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

I (a) PLAINTIFFS

**James Lynn O'Hines**

DEFENDANTS

**Pelton, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**James Lynn O'Hines**
**Box 3400**
**Florence, AZ 85232**
**197067**

ATTORNEYS (IF KNOWN)

**'08 CV 0496 L POR**

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Eiectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 3/17/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Miller [signature]

cf