MIME-Version:1.0 From:efile_information@casd.uscourts.gov To:casd.uscourts.gov Bcc:
Message-Id:<2502853@casd.uscourts.gov>Subject:Activity in Case 3:08-cv-00496-L-POR O'Hines v. Pelton et al Order Dismissing Case Content-Type: text/html

*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of California**

**Notice of Electronic Filing**

The following transaction was entered on 3/27/2008 at 4:09 PM PDT and filed on 3/27/2008

**Case Name:** O'Hines v. Pelton et al

**Case Number:** 3:08-cv-496

**Filer:**

**WARNING: CASE CLOSED on 03/27/2008**

**Document Number:** 2

**Docket Text:**

ORDER DISMISSING CASE for Failing to Pay Filing Fee or Move to Proceed In Forma Pauperis: Plaintiff is granted 45 days leave from the date this Order is filed to (a) prepary the entire filing fee in full; or (b) complete and filed a Motion to proceed IFP. The Clerk of the Court shall provide Plaintiff with the Court's approved IFP Motion form. Signed by Judge M. James Lorenz on 3/27/2008. (IFP form mailed)(mjj)

**3:08-cv-496 Notice has been electronically mailed to:**

**3:08-cv-496 Notice has been delivered by other means to:**

James Lynn O'Hines
K-86989
ADC# 197067
Box 3400
SMU II
Florence, AZ 85232

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/27/2008] [FileNumber=2502851-0
] [10116f5b85863793927c32f727d3826216131 12e18490379594c1340b172dd84219
7d392e4e4da3f28597d98f970e488775f6af32c2a3052b5668e76fb73f895]]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN HINES, CDCR #K-86989, ADC #197067, Plaintiff, vs. MAUREEN PELTON, et al., Defendants. | Civil No. 08-0496 L (POR) **ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEE OR MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, an inmate currently incarcerated at the Arizona State Prison Complex in Florence, Arizona, and proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.[1]

## I.

## Failure to Pay Filing Fee or Request IFP Status

All parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted

---

[1] The Court notes that Plaintiff was a California state inmate. Thus, it is unclear whether Plaintiff is currently a California state inmate housed temporarily in Arizona or he is an inmate within the Arizona State correctional system.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN TO SENDER
FOR INFORMATION

049J82045252
$00.410
03/28/2008
Mailed From 92132
US POSTAGE

APR 4 2008

SOUTHERN DISTRICT OF CA
BY

NIXIE 850 DE 1 00 04/02/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101892965 *1679-11734-02-19

[redacted]